# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA LEE MCINTIRE,<br><br>             Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>             Defendant.<br>_____/ | CASE NO. 1:14-cv-00036-SKO<br><br>**ORDER THAT DEFENDANT FILE A RESPONSIVE BRIEF ON OR BEFORE NOVEMBER 24, 2014** |

      Plaintiff Rhonda Lee McIntire filed this action in January 2014. Plaintiff failed to file a timely opening brief, and on September 29, 2014, the Court ordered Plaintiff to file an opening brief by no later than October 3, 2014, or show cause why the case should not be dismissed for failure to comply with the scheduling order. Plaintiff filed an opening brief on October 4, 2014. The Court is aware of Plaintiff's counsel's personal circumstances, but counsel failed to contact the Court or address the fact that Plaintiff was not in compliance with the September 29, 2014, order. The Court will not accept further untimely-filed briefs.

      It appears that, because Plaintiff failed to comply with the Court's order of September 29, 2014, Defendant did not file a responsive brief.

      Accordingly, IT IS HEREBY ORDERED that:

1.     Defendant's responsive brief shall be filed on or before November 24, 2014;

2.     Plaintiff may file an optional reply brief on or before December 12, 2014; and

Case 1:14-cv-00036-SKO   Document 14   Filed 10/28/14   Page 2 of 2

3. The parties are cautioned that untimely filings absent any leave of Court will be stricken.

IT IS SO ORDERED.

Dated:     **October 28, 2014**                              **/s/ Sheila K. Oberto**
                                                                      UNITED STATES MAGISTRATE JUDGE